GOLDBERG, 168–05 CORPORATION, Appellant, v. JOSEPH LEVY, Respondent.— Appeal dismissed in view of the decision in *Goldberg, 168–05 Corporation* v. *Levy* (*ante,* p. 726), decided herewith. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

EMMA H. HILL and THEODORE C. HILL, Respondents, v. EDWARD WILSON, Appellant.— In an action to recover damages for personal injuries as the result of a collision between two automobiles, order directing the examination of a witness before trial, in so far as appealed from, modified by striking out the direction therein contained requiring the defendant to produce the witness, and, as so modified, affirmed, with ten dollars costs and disbursements to respondents. No opinion. Examination to proceed on five days' notice. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee, to the Lands, Tenements and Hereditaments Required for the Purpose of Opening and Extending Brigham Street, from the Northerly Fork of Avenue U to Avenue Y; the Southerly Fork of Avenue U, from the Angle Point in Avenue U East of Bragg Street to Gerritsen Avenue; Whitney Avenue, from Avenue W to Knapp Street; Kenmore Place, Elmore Place and Delamere Place, from Gravesend Neck Road to Jerome Avenue; East 26th Street, East 27th Street and East 28th Street, from Gravesend Neck Road to Voorhies Lane; Mansfield Place, East 29th Street, Haring Street, Brown Street, Batchelder Street, Ford Street and Bragg Street, from Gravesend Neck Road to Avenue Z; Coyle Street, from Gravesend Neck Road to Avenue U; Knapp Street, from Gerritsen Avenue to Avenue Z; Avenue V, from Gravesend Neck Road to Knapp Street; Avenue W, Avenue X and Avenue Y, from Ocean Avenue to Knapp Street, and Avenue Z, from Ocean Avenue to Jerome Avenue, in the Borough of Brooklyn, City of New York. In the Matter of the Application of ANTHONY L. ASTE, for an Order to Vacate the Final Decree Entered March 29, 1934. ANTHONY L. ASTE, Appellant; THE CITY OF NEW YORK, Respondent.— Order denying motion to vacate the final decree in a street opening proceeding, entered March 29, 1934, with respect to Damage Parcels Nos. 555, 558 to 562, inclusive; 1743 and 1750 to 1752, inclusive, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.